## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| POPS PCE TT, LP, | : | No. 223 WAL 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| R&R RESTAURANT GROUP, LLC., F/K/A | : | |
| BREWSTONE PITTSBURGH, LLC, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.